**Ruth E. MILLER et al., Appellants, v. Irvin SCHLESINGER, Trustee.**

No. 11724.

Circuit Court of Appeals, Eighth Circuit.

April 22, 1940.

Walter F. Maley, of Des Moines, Iowa, for appellants.

John Connolly, Jr., C. I. McNutt, and Irvin Schlesinger, all of Des Moines, Iowa, for appellee.

898

PER CURIAM.

Appeal, 32 F.Supp. 631, dismissed on motion of appellee for failure of appellant to comply with Rule 75 (a) of the Rules of Civil Procedure for the District Courts of the United States, 28 U.S.C.A. following section 723c.